IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARK G. BRALLEY,

    Plaintiff,

v.                                                                    No. 13-cv-0768 JB/SMV

ALBUQUERQUE PUBLIC SCHOOLS BD. OF EDUC.,
et al.,

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:    August 27, 2015, at 9:30 a.m.

**Matter to be heard**:  Status Conference

A telephonic status conference is hereby set for **August 27, 2015, at 9:30 a.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1] Parties shall be prepared to discuss the status of discovery completed, any additional discovery anticipated, whether the parties are prepared to dismiss any claims or defenses, and when to schedule a settlement conference. Counsel are reminded to have their calendars available for the hearing.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.