IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARK G. BRALLEY,

    Plaintiff,

v.                                                                                   No. 13-cv-0768 JB/SMV

ALBUQUERQUE PUBLIC SCHOOLS BD. OF EDUC.,
ROBERT LUCERO, DAVID ROBBINS,
PAULA MAES, MARTIN ESQUIVEL,
KATHERINE KORTE, ALBUQUERQUE PUBLIC
SCHOOLS, WINSTON BROOKS, BRADLEY WINTER,
MONICA ARMENTA, RIGO CHAVEZ,
JOHN MILLER, STEVE TELLEZ, STEVE GALLEGOS,
and ALBUQUERQUE PUBLIC SCHOOLS POLICE DEP'T,

    Defendants.

### ORDER SETTING MOTION HEARING

**Date and time**:    March 24, 2016, at 9:30 a.m.

**Matter to be heard**:  Defendant's Motion for Order to Show Cause [Doc. 142]

    **IT IS ORDERED** that a telephonic hearing on Defendant's Motion for Order to Show Cause [Doc. 142] is set for March 24, 2016, at 9:30 a.m. Counsel and Mr. Bralley shall call Judge Vidmar's Meet Me Line at 505-348-2357 to connect to the proceedings.

    **IT IS SO ORDERED.**

                                                     _____
                                                     **STEPHAN M. VIDMAR**
                                                     **United States Magistrate Judge**