IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARK G. BRALLEY,

    Plaintiff,

v.                                                                                            No. CIV 13-768 JB/SMV

The ALBUQUERQUE PUBLIC
SCHOOLS BOARD OF EDUCATION,
Former Member ROBERT LUCERO, in his
individual capacity, Former Member
DAVID ROBBINS, in his individual
capacity, Former Member PAULA MAES,
in her individual capacity, MARTIN
ESQUIVEL, in his individual capacity,
KATHERINE KORTE, in her individual
capacity, The ALBUQUERQUE PUBLIC
SCHOOLS, WINSTON BROOKS, in his
individual capacity, BRADLEY WINTER,
in his individual capacity, MONICA
ARMENTA, in her individual capacity,
RIGO CHAVEZ, in his individual capacity,
JOHN MILLER, in his individual capacity,
STEVE TELLEZ, in his individual
capacity, STEVE GALLEGOS, in his
individual capacity, ALBUQUERQUE
PUBLIC SCHOOLS POLICE
DEPARTMENT,

    Defendants.

### STIPULATED JUDGMENT PURSUANT TO Fed. R. Civ. P. 68

**THIS CAUSE** having come before the Court, the Plaintiff, Mark Bralley, appearing by and through his counsel, Sitterly Law Firm, LLC (Nicholas Sitterly, Esq.), and the Defendants, the Albuquerque Public Schools Board of Education, Robert Lucero, David Robbins, Paula Maes, Martin Esquivel, Katherine Korte, the Albuquerque Public Schools, Winston Brooks, Bradley Winter, Monica Armenta, Rigo Chavez, John Miller, Steve Tellez, Steve Gallegos, and

the Albuquerque Public Schools Police Department ("Defendants"), through their attorneys Robles, Rael & Anaya, P.C. (Luis Robles, Esq., David Roman, Esq. and Lindsay Drennan, Esq.), the appearing parties having stipulated that this cause may be settled, pursuant to Fed. R. Civ. P. 68, by entering Judgment for an award against Defendant Albuquerque Public Schools Board of Education only, in the total amount of fifty-seven thousand five hundred dollars, ($57,500.00), the parties present the following Stipulated Judgment:

**BASED ON THE STIPULATION OF THE PARTIES THE COURT FINDS THAT:**

1. It has jurisdiction over all the parties and over the subject matter of this action.

2. Judgment should be entered against Defendant Albuquerque Public Schools Board of Education upon the stipulation of the parties in favor of Plaintiff in the total amount of fifty-seven thousand five hundred dollars, ($57,500.00), per the parties' agreement.

3. The Stipulated Judgment is entered only against Defendant Albuquerque Public Schools Board of Education, and not against the remaining individual Defendants.

4. As part of the Stipulated Judgment, Plaintiff stipulates to the dismissal of Defendants Robert Lucero, David Robbins, Paula Maes, Martin Esquivel, Katherine Korte, the Albuquerque Public Schools, Winston Brooks, Bradley Winter, Monica Armenta, Rigo Chavez, John Miller, Steve Tellez, Steve Gallegos, and the Albuquerque Public Schools Police Department, with prejudice, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A), dismissing all claims against those Defendants with prejudice.  Plaintiff will file a separate motion and order to this effect.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Judgment is entered against Defendant Albuquerque Public Schools Board of Education, in the total amount

of fifty-seven thousand five hundred dollars ($57,500.00), and that Plaintiff's claims against Defendants Robert Lucero, David Robbins, Paula Maes, Martin Esquivel, Katherine Korte, the Albuquerque Public Schools, Winston Brooks, Bradley Winter, Monica Armenta, Rigo Chavez, John Miller, Steve Tellez, Steve Gallegos, and the Albuquerque Public Schools Police Department are not included in this judgment.

                                                                      _____
UNITED STATES DISTRICT JUDGE

APPROVED:

By:    /s/ Nicholas Sitterly
          Nicholas Sitterly, Esq.
          Sitterly Law Firm, LLC
          117 Bryn Mawr Dr. Southeast
          Suite 109
          Albuquerque, New Mexico 87106
          *Attorney for Plaintiff*

          AND

By:    /s/ Luis Robles
          Luis Robles, Esq.
          David Roman, Esq.
          Lindsay Drennan, Esq.
          Robles, Rael & Anaya, P.C.
          500 Marquette Ave., NW, Suite 700
          Albuquerque, New Mexico 87102
          (505) 242-2228
          *Attorneys for Defendants*